UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEFFREY HATCHER,

Plaintiff,

v.

Case No. 2:26-cv-810-KCD-NPM

J. ANDERSON, et al.,

Defendants.
_________________________________/

**ORDER**

Plaintiff Jeffrey Hatcher, a detainee at the Florida Civil Commitment Center (FCCC), initiated this civil rights action asserting claims under 42 U.S.C. § 1983 and Florida state law. (Doc. 1.) On June 16, 2026, the Court entered an order granting him leave to proceed *in forma pauperis*. (Doc. 5.) Screening the complaint, the Court dismissed it for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B), but granting leave to file an amended complaint within 14 days. (Doc. 5.) The time to have filed such an amendment, however, has long since expired, and Hatcher has not filed an amendment or anything else.

Based on the above, it is **ORDERED:**

1. This case is **DISMISSED** for failure to state a claim on which relief may be granted.

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**ENTERED** in Fort Myers, Florida on October 13, 2026.

Kyle C. Dudek
United States District Judge